UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DANIELS, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION NY), INC.,<br><br>Defendant. | Case No. 7:26-cv-07647<br><br>**MOTION FOR ADMISSION *PRO HAC VICE*** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brent D. Hockaday hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant Metro One Loss Prevention Services Group (Guard Division NY), Inc. in the above-captioned action.

Mr. Hockaday is a member in good standing of the bar of the State of Texas, and there are no pending disciplinary proceedings against him in any state or federal court. He has never been convicted of a felony. He has never been censured, suspended, disbarred or denied admission or readmission by any court. He has attached the affidavit pursuant to Local Rule 1.3.

Maria Caceres-Boneau, a member of the Bar of this Court, of K&L Gates LLP, 599 Lexington Avenue, New York, New York 10022, has been designated as local counsel in this action.

A proposed Order for Admission *Pro Hac Vice* is attached hereto.

Dated: September 15, 2026

K&L GATES LLP

By: */s/ Brent D. Hockaday*

Brent D. Hockaday
brent.hockaday@klgates.com
2828 N. Harwood Street
Suite 1800
Dallas, Texas 75201
Telephone: (214) 939-5677
Facsimile: (214) 939-5849

Attorneys for Defendant Metro One Loss Prevention Services Group (Guard Division NY), Inc.