UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DANIELS, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION NY), INC.,<br><br>Defendant. | Case No. 7:26-cv-07647<br><br>**AFFIDAVIT OF BRENT D. HOCKADAY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

STATE OF TEXAS )
)
COUNTY OF DALLAS )

I, Brent D. Hockaday, being duly sworn, depose and state as follows:

1. I am a Partner at K&L Gates LLP, located at 2828 N. Harwood Street, Suite 1800, Dallas, Texas 75201. My telephone number is (214) 939-5677, my facsimile number is (214) 939-5849, and my email address is brent.hockaday@klgates.com.

2. I submit this affidavit in support of my Motion for Admission Pro Hac Vice to appear as counsel for Defendant Metro One Loss Prevention Services Group (Guard Division NY), Inc. in the above-captioned action, pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York.

3. I am a member in good standing of the State Bar of Texas.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently pending against me in any state or federal court.

7. A Certificate of Good Standing from the State Bar of Texas, issued within 30 days, is attached hereto.

Brent D. Hockaday

Sworn to before me this 14th day of September, 2026

Allison Stowe
Notary Public

My Commission Expires: 4/20/2030

ALLISON R. STOWE
Notary Public
State of Texas
ID # 128245086
My Comm. Expires 04-20-2030

NOTARY PUBLIC STATE OF TEXAS



1615787520.1

# STATE BAR OF TEXAS

*Office of the Chief Disciplinary Counsel*

September 11, 2026

Re: Brent Douglas Hockaday, State Bar Number 24071295

To Whom It May Concern:

This is to certify that Brent Douglas Hockaday was licensed to practice law in Texas on November 02, 2012, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web

P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4253