UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------- X

JAMES DANIELS, individually, and on behalf of others similarly situated,

Plaintiff,

-against-

METRO ONE LOSS PREVENTION SERVICES GROUP (GUARD DIVISION NY), INC.,

Defendant.

----------------------------------------------------- X

Case No. 7:26-cv-07647

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

Upon consideration of the Motions for Admission Pro Hac Vice of Brent D. Hockaday and Brandon A. Keaton, and good cause having been shown, it is hereby:

ORDERED that Brent D. Hockaday, a member of the bar of the State of Texas and a Partner at K&L Gates LLP, 2828 N. Harwood Street, Suite 1800, Dallas, Texas 75201, be and hereby is admitted to practice pro hac vice in this Court for the purpose of appearing as counsel for Defendant Metro One Loss Prevention Services Group (Guard Division NY), Inc. in the above-captioned action; and it is further:

ORDERED that Brandon A. Keaton, a member of the bar of the State of Texas and an Associate at K&L Gates LLP, 2828 N. Harwood Street, Suite 1800, Dallas, Texas 75201, be and hereby is admitted to practice *pro hac vice* in this Court for the purpose of appearing as counsel for Defendant Metro One Loss Prevention Services Group (Guard Division NY), Inc. in the above-captioned action.

SO ORDERED.

Dated: New York, New York

_____________, 2026

___________________________________
United States District Judge